No. 98–7045.  BOYD v. FRENCH, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 98–7048.  SHACKELFORD v. CHAMPION, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 98–7049.  PATTERSON v. ENDICOTT, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 98–7056.  WRIGHT v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 98–7057.  THOMAS, AKA ALLAH v. SIKES, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 98–7058.  RYAN D. L. v. WISCONSIN.  Sup. Ct. Wis.  Certiorari denied.

No. 98–7064.  JACOBSON v. OREGON.  Ct. App. Ore.  Certiorari denied.

No. 98–7065.  CAMPBELL v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 98–7066.  MAPLES v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 98–7068.  JOHNSON v. MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 98–7070.  BUTLER v. MILLS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 98–7075.  NEESE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 98–7078.  REED v. SOUTH CAROLINA.  Sup. Ct. S. C.  Certiorari denied.

No. 98–7079.  CARLEY v. CARLEY.  C. A. 2d Cir.  Certiorari denied.